

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00170-CV

| | | |
|---|---|---|
| UNITED HEALTHCARE OF TEXAS, INC., OPTUM HEALTH CARE SOLUTIONS LLC D/B/A OPTUM HEALTHCARE SOLUTIONS, INC., UNITED HEALTHCARE, INC., D/B/A UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE COMMUNITY PLAN OF TEXAS, L.L.C., EVERCARE OF TEXAS, L.L.C., UNITED HEALTHCARE BENEFITS OF TEXAS, INC., UNITED HEALTHCARE SERVICES, INC., AND UNITEDHEALTH GROUP, INC., Appellants | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-303717-18) |
| v. | § | January 5, 2023 |
| LOW-T PHYSICIANS SERVICE, P.L.L.C., LOW-T PHYSICIANS PROFESSIONAL ASSOCIATION, AND LOW-T PHYSICIANS GROUP, P.L.L.C., Appellees | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that United Healthcare of Texas, Inc., Optum Health Care Solutions LLC d/b/a Optum Healthcare Solutions, Inc., United Healthcare, Inc., d/b/a United Healthcare Insurance Company, United Healthcare Community Plan of Texas, L.L.C., Evercare of Texas, L.L.C., United Healthcare Benefits of Texas, Inc., United Healthcare Services, Inc., and UnitedHealth Group, Inc., shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
   Chief Justice Bonnie Sudderth